## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| 1. Murugesan Kannayan, Individually, | |
| Plaintiff, | CASE NO. 08-CV- _____ |
| - vs. - | **NOTICE OF REMOVAL** |
| 2. Dollar Phone Corp., a New York corporation, | |
| 3. Dollar Phone International, Inc., a BVI corporation, | |
| Defendants. | |

Respondents Dollar Phone Corp. and Dollar Phone International, Inc., hereby remove this case from the District Court of Oklahoma County, State of Oklahoma, where it is pending as Case Number CJ-2008-1930, for the following reasons:

1. The case was filed in the District Court of Oklahoma County, State of Oklahoma, on February 29, 2008, by Plaintiff Murugesan Kannayan, a citizen of Oklahoma. The case is a declaratory judgment action and seeks a declaration that Plaintiff is not individually liable in a contract dispute and is not individually bound to an agreement to arbitrate in relation to that dispute. (The arbitration is presently pending before the American Arbitration Association under Case Number 16 155 00848 07.)

2. Defendants obtained a copy of the summons and state court petition on or about March 2, 2008, when said papers were left with a secretary. Plaintiff's summons is dated February 29, 2008, which, as stated above, is the date on which the petition was filed with the state court. Accordingly, this notice of removal is timely.

3. Defendant Dollar Phone Corp. is a New York corporation with its principal place of business in New York, and Defendant Dollar Phone International, Inc., is a British Virgin Islands corporation with its principal place of business in New York.

4. The amount in controversy in this case is $79,949.76.

5. Accordingly, this Court has jurisdiction of this case under 28 U.S.C. § 1332.

6. Copies of the papers left with Defendants' secretary are attached to this Notice.

**WHEREFORE**, Defendants request that the above-captioned action pending in the District Court of Oklahoma County, State of Oklahoma, be removed to the United States District Court, Western District of Oklahoma.

Respectfully submitted,

**ATKINS & MARKOFF**


_s/ Jeffrey R. Atkins_____
Jeffrey R. Atkins, OBA #15076
Stephen C. Griffis, OBA #16229
9211 Lake Hefner Parkway
Suite 104
Oklahoma City, Oklahoma 73120
(405) 607-8757

Attorneys for Defendants,

Dollar Phone Corp. and
Dollar Phone International, Inc.


Dated:   March 24, 2008